UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LUTHER ARTHUR HORN, III,**

    **Plaintiff,**

v.                                           Case No. 3:24cv239-TKW-HTC

**JOSHUA A. MITCHELL, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 14). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a claim on which relief may be granted. Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED WITH PREJUDICE** under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

    3.    The Clerk shall enter judgment in accordance with this Order and close the file.

**DONE and ORDERED** this 27th day of September, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**